■ In the Matter of PHILIP A. BYLER (Admitted as PHILIP ARWOOD BYLER), a Suspended Attorney. [741 NYS2d 403] —Reconsideration denied, as indicated. No opinion. Concur—Williams, J.P., Tom, Andrias, Rosenberger and Ellerin, JJ.

■ In the Matter of ISRAEL G. GROSSMAN (Admitted as ISRAEL GEDALIAH GROSSMAN), a Disbarred Attorney. [741 NYS2d 403] —Petition for reinstatement referred to the Departmental Disciplinary Committee, as indicated. No opinion. Concur—Tom, J.P., Ellerin, Wallach, Rubin and Marlow, JJ.